HAROLD F. ELDRIDGE v. ONEIDA COMMUNITY, LTD., Impleaded with Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on October 14, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ARMETTA M. KLINKE v. BAYCHESTER MANOR, INC., Impleaded with Others. ARMETTA M. KLINKE v. BARCHESTER MANOR, INC., Impleaded with Others.— Motion to dismiss appeal granted, without costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BECKY GOLDSTEIN and Another v. METROPOLITAN LIFE INSURANCE COMPANY, Impleaded with Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on October 24, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ART METAL WORKS, INC., v. THE CUNNINGHAM PRODUCTS CORPORATION and Others.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

GIOVANNA LARTO, as Administratrix, etc., of MARIO LARTO, Deceased, v. HARLEM AND MORRISANIA TRANSPORTATION LINE.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

RACHEL I. BURI v. HARRIETT W. PETERS and Others, Impleaded with LANCELOT M. BERKELEY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BETHLEHEM PROPERTIES, INC., v. LOUIS XIV ANTIQUE CO., INC., Impleaded with Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before October 21, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ETTA C. BURBIDGE v. ACIERNO AMUSEMENT CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so appeal can be argued on October 7, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SVEA P. DANZILO v. ACIERNO AMUSEMENT CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of FRANK J. TYLER, as Trustee of BENJAMIN HAWKER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on October 7, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LAMONT, CORLISS & COMPANY v. BONNIE BLEND CHOCOLATE CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

DETROIT STEEL PRODUCTS COMPANY v. HOME OWNERS INSTITUTE, INC.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

60 WEST FIFTY-THIRD STREET CORPORATION v. ABRAHAM HASKELL and Others. — Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.